IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL PUZEY | : | CIVIL ACTION NO. 1:14-cv-2305 |
| | : | |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| WARDEN, FCC ALLENWOOD | : | |
| | : | |
| Respondent | : | |

**O R D E R**

Before the Court in the captioned action is a May 13, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 2nd day of June 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 5).

2) Petitioner's motion to amend his petition (Doc. No. 4) is **GRANTED**.

3) The case shall be **TRANSFERRED** to the Northern District of West Virginia pursuant to 28 U.S.C. § 1404.

4) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania